IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 25-CR-5-JFH |
| **RANDALL PATRICK FOLTYNIEWICZ,** | |
| **Defendant.** | |

### OPINION AND ORDER

Before the Court are five pro se motions filed by Defendant Randall Patrick Foltyniewicz ("Defendant") [Dkt. Nos. 11, 30, 31, 32, 33] ("Motions") and three pro se filings each titled "Writ of Mandamus" [Dkt. Nos. 19, 28, and 29] ("Writs").

These pro se filings are drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the filings. *See* Dkt. Nos. 35, 37 (Richard Koller appointed as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding possible filings signed by counsel.

IT IS THEREFORE ORDERED that Defendant's pro se Motions [Dkt. Nos. 11, 30, 31, 32, 33] are DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the relief sought in Defendant's pro se Writs [Dkt. Nos. 19, 28, 29] is DENIED WITHOUT PREJUDICE. Any relief sought requested by Defendant shall be included in a properly filed motion signed by counsel.

Dated this 24th day of January 2025.

                                                       _____
                                                      JOHN F. HEIL, III
                                                      UNITED STATES DISTRICT JUDGE