IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-5-JFH |
| RANDALL PATRICK FOLTYNIEWICZ, | |
| Defendant. | |

**OPINION AND ORDER**

Before the Court is a letter mailed to the Court by Defendant Randall Patrick Foltyniewicz ("Defendant") [Dkt. No. 39], which the Court construes as a pro se motion for various forms of relief ("Motion"). The Court notes that the Motion does not include (a) the case number, (b) a statement as to whether or not opposing counsel objects to the motion; or (c) signature by Defendant's counsel of record.

The Motion is drafted and signed by Defendant. Defendant is represented by appointed counsel, Richard Koller, who has not signed the Motion. The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). Defendant has previously been advised of this. *See* Dkt. No. 38. This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible filing signed by counsel.

IT IS THEREFORE ORDERED that Defendant's Motion [Dkt. No. 39] is DENIED WITHOUT PREJUDICE. Any relief requested by Defendant shall be included in a properly filed motion signed by Defendant's counsel, and in compliance with the applicable procedural rules and local rules of this Court.

Dated this 10th day of February 2025.

                                                                          _____
                                                                          JOHN F. HEIL, III
                                                                          UNITED STATES DISTRICT JUDGE