IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 25-CR-005-JFH |
| **RANDALL PATRICK FOLTYNIEWICZ,** | |
| **Defendant.** | |

**OPINION AND ORDER**

Before the Court are three (3) letters mailed to the Court by Defendant Randall Patrick Foltyniewicz ("Defendant") [Dkt. Nos. 41, 42, and 43], which the Court construes as pro se motions for various forms of relief ("Motions"). The Court notes that the Motions do not include a statement as to whether or not opposing counsel objects to the motions or signature by Defendant's counsel of record.

The Motions are drafted and signed by Defendant. Defendant is represented by appointed counsel, Richard Koller, who has not signed the Motions. The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). Defendant has previously been advised of this. *See* Dkt. Nos. 38, 40. This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible filing signed by counsel.

IT IS THEREFORE ORDERED that Defendant's Motions [Dkt. Nos. 41, 42, and 43] are DENIED WITHOUT PREJUDICE. Any relief requested by Defendant shall be included in a properly filed motion signed by Defendant's counsel, and in compliance with the applicable procedural rules and local rules of this Court.

Dated this 19th day of February 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE