IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDALL PATRICK FOLTYNIEWICZ,

    Defendant.

Case No. 25-CR-005-JFH

## OPINION AND ORDER

Before the Court are four (4) letters mailed to the Court by Defendant Randall Patrick Foltyniewicz ("Defendant"). Dkt. Nos. 45, 46, 47, and 49. Three of the letters are titled as "orders," which the Court construes as pro se motions. Dkt. Nos. 45, 46, and 47. The fourth letter is written on what appears to be toilet paper.[1] Dkt. No. 49. The Court also construes this as a pro se motion (Dkt. Nos. 45, 46, 47, and 49 referred together herein as the "Motions"). The Court notes that the Motions do not include a statement as to whether or not opposing counsel objects to the motions and, further, do not include a signature by Defendant's counsel of record.

The Motions are drafted and signed by Defendant. Defendant is represented by appointed counsel, Richard Koller, who has not signed the Motions. The Court need not consider a pro se

---

[1] The Court notes that this letter also fails to be presented in a format in accordance with local rules.

> All papers presented to the Clerk for filing by electronic means or in paper form shall be clearly legible. The paper size shall be 8½ inches wide by 11 inches long. The print style, including footnotes, shall not be smaller than 12-point font, and margins shall be a minimum of one (1) inch on the top, bottom, and sides. Only one side of the paper shall be used, and line spacing shall be no less than 1.5, excluding blocked quotations and footnotes.

LCrR 49.2.

2

filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). Defendant has previously been advised of this. *See* Dkt. Nos. 38, 40, 44. For this reason, any further motions filed pro se will be summarily denied. This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible filing signed by counsel.

IT IS THEREFORE ORDERED that Defendant's Motions [Dkt. Nos. 45, 46, 47, and 49] are DENIED WITHOUT PREJUDICE. Any relief requested by Defendant shall be included in a properly filed motion signed by Defendant's counsel, and in compliance with the applicable procedural rules and local rules of this Court.

Dated this 24th day of February 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE